1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
5  Email:         matt.jaksa@hro.com

6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; SONY BMG
7  MUSIC ENTERTAINMENT; VIRGIN
   RECORDS AMERICA, INC.; ATLANTIC
8  RECORDING CORPORATION;
9  INTERSCOPE RECORDS; ELEKTRA
   ENTERTAINMENT GROUP INC.; and
10 WARNER BROS. RECORDS INC.

11                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
12

13

14 UMG RECORDINGS, INC., a Delaware           CASE NO. C 07 3091
   corporation; SONY BMG MUSIC
15 ENTERTAINMENT, a Delaware general          CERTIFICATION OF INTERESTED
   partnership; VIRGIN RECORDS AMERICA,       ENTITIES OR PERSONS
16 INC., a California corporation; ATLANTIC
17 RECORDING CORPORATION, a Delaware
   corporation; INTERSCOPE RECORDS, a
18 California general partnership; ELEKTRA
19 ENTERTAINMENT GROUP INC., a Delaware
   corporation; and WARNER BROS. RECORDS
20 INC., a Delaware corporation,
21                          Plaintiffs,

22     v.

23 JOHN DOE,
                            Defendant.
24

25

26

27

28

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2   associations of persons, firms, partnerships, corporations (including parent corporations) or other
3   entities (i) have a financial interest in the subject matter in controversy or in a party to the
4   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5   substantially affected by the outcome of this proceeding:

   The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.: Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in France.

   The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

   The following companies are parents of, or partners in Plaintiff VIRGIN RECORDS AMERICA, INC.: EMI Recorded Music Holdings, Inc.; Capitol Records, Inc.; Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded company. EMI Group plc. is publicly traded in the U.K.

   The following companies are parents of, or partners in Plaintiff ATLANTIC RECORDING CORPORATION: Warner Bros. Records Inc.; WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is publicly traded in the U.S.

   The following companies are parents of, or partners in Plaintiff INTERSCOPE RECORDS: UMG Recordings, Inc.; PRI Productions, Inc.; Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.;

1  and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in
2  France.
3      The following companies are parents of, or partners in Plaintiff ELEKTRA
4  ENTERTAINMENT GROUP INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner
5  Music Group Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music
6  Group Corp. is publicly traded in the U.S.
7      The following companies are parents of, or partners in Plaintiff WARNER BROS.
8  RECORDS INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group
9  Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is
10 publicly traded in the U.S.

12 Dated: June 13, 2007                    HOLME ROBERTS & OWEN LLP

14                                          By: _____
15                                              MATTHEW FRANKLIN JAKSA
                                                Attorney for Plaintiffs

Certification of Interested Entities or Persons
Case No.
#30464 v1