1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; SONY BMG
7  MUSIC ENTERTAINMENT; VIRGIN
   RECORDS AMERICA, INC.; ATLANTIC
8  RECORDING CORPORATION;
9  INTERSCOPE RECORDS; ELEKTRA
   ENTERTAINMENT GROUP INC.; and
10 WARNER BROS. RECORDS INC.

11                 UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
12

13

14 UMG RECORDINGS, INC., a Delaware          CASE NO. C 07-3091VRW
   corporation; SONY BMG MUSIC
15 ENTERTAINMENT, a Delaware general         **[PROPOSED] ORDER GRANTING
   partnership; VIRGIN RECORDS AMERICA,      PLAINTIFFS'** *EX PARTE* **APPLICATION
16 INC., a California corporation; ATLANTIC  FOR LEAVE TO TAKE IMMEDIATE
17 RECORDING CORPORATION, a Delaware         DISCOVERY**
   corporation; INTERSCOPE RECORDS, a
18 California general partnership; ELEKTRA
19 ENTERTAINMENT GROUP INC., a Delaware
   corporation; and WARNER BROS. RECORDS
20 INC., a Delaware corporation,
                    Plaintiffs,
21
22     v.

23 JOHN DOE,
                    Defendant.
24

25

26

27

28

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No. C 07-3091VRW
#30467 v1

1    Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2  Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3    ORDERED that Plaintiffs may serve immediate discovery on University of California, Santa
4  Cruz to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks
5  documents that identify Defendant John Doe, including the name, current (and permanent) address
6  and telephone number, e-mail address, and Media Access Control address. The disclosure of this
7  information is ordered pursuant to 47 U.S.C. § 551(c)(2)(B).
8    IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10 under the Copyright Act.

13 Dated: _____    By: _____
                                United States District Judge

1

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#30467 v1