**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   **UMG RECORDINGS, INC, a Delaware**          No C 07-03091 VRW
     **corporation; SONY BMG MUSIC**
     **ENTERTAINMENT, a Delaware**               ORDER
12   **general partnership; VIRGIN**
     **RECORDS AMERICA, INC, a**
13   **California corporation;**
     **ATLANTIC RECORDING CORPORATION,**
14   **a Delaware corporation;**
     **INTERSCOPE RECORDS, a**
15   **California general partnership;**
     **ELEKTRA ENTERTAINMENT GROUP**
16   **INC, a Delaware corporation;**
     **and WARNER BROS RECORDS INC, a**
17   **Delaware corporation,**

18            **Plaintiffs,**

19      **v**

20   **JOHN DOE,**

21            **Defendant.**

22   **_____/**

23

24            Upon plaintiff's Ex Parte Application for Leave to Take

25   Immediate Discovery, the Declaration of Carlos Linares, and the

26   accompanying Memorandum of Law (doc ##4,5), it is hereby:

27            ORDERED that plaintiffs may serve immediate discovery on

28   University of California, Santa Cruz ("UC Santa Cruz") to obtain the

     identity of defendant John Doe by serving a Rule 45 subpoena that

seeks documents that identify defendant John Doe, including the name, current (and permanent) address and telephone number, e-mail address, and Media Access Control ("MAC") address.  The disclosure of this information is ordered pursuant to 47 USC § 551(c)(2)(B).

IT IS FURTHER ORDERED that any information disclosed to plaintiffs in response to the Rule 45 subpoena may be used by plaintiffs solely for the purpose of protecting plaintiffs' rights under the Copyright Act, 17 USC § 101 et seq.

IT IS FURTHER ORDERED that, if and when UC Santa Cruz is served with a subpoena, within five (5) business days thereof it shall give written notice, which can include use of e-mail, to the subscribers whose identities are to be disclosed in response to the subpoena.  If UC Santa Cruz, and/or any defendant wishes to move to quash the subpoena, they shall do so before the return date of the subpoena, which shall be twenty-five (25) business days from the date of service.

IT IS FURTHER ORDERED that, if and when UC Santa Cruz is served with a subpoena, UC Santa Cruz shall preserve the data and information sought in the subpoena pending resolution of any timely filed motion to quash.

IT IS FURTHER ORDERED that counsel for plaintiffs shall provide a copy of this Order to UC Santa Cruz when the subpoena is served.

IT IS SO ORDERED.

_____

VAUGHN R WALKER
United States District Chief Judge

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

For the Northern District of California