IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., | No. C 07-3091 VRW |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| JOHN DOE., | |
| Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the Case Management Conference currently scheduled for September 18, 2007 has been **continued to Thursday, September 20, 2007 at 3:30 p.m.** To prepare for the conference, the parties shall review and comply in all respects with the requirements of Civil L.R. 16-9 & L.R. 16-10. Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: August 30, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*

Cora Klein, Courtroom Deputy Clerk to
Chief Judge Vaughn Walker