1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:    (415) 268-1999
   Email:         matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; SONY BMG
7  MUSIC ENTERTAINMENT; VIRGIN
   RECORDS AMERICA, INC.; ATLANTIC
8  RECORDING CORPORATION;
   INTERSCOPE RECORDS; ELEKTRA
9  ENTERTAINMENT GROUP INC.; and
10 WARNER BROS. RECORDS INC.

11                   UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
12                        SAN FRANCISCO DIVISION
13

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br>　　　　　　　Plaintiffs,<br>　　v.<br>JOHN DOE,<br>　　　　　　　Defendant. | CASE NO. C 07-03091 VRW<br><br>Honorable Vaughn R. Walker<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JOHN DOE** |

Notice of Voluntary Dismissal
Case No. C 07-03091 VRW
#32246 v1

1   Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiffs hereby voluntarily
2   dismiss Defendant John Doe , without prejudice.
3
4   Dated: September 11, 2007                HOLME ROBERTS & OWEN LLP
5
6                                            By:  ____/s/ Matthew Franklin Jaksa____
7                                                 Matthew Franklin Jaksa
                                                  Attorney for Plaintiffs
8                                                 UMG RECORDINGS, INC.; SONY BMG
                                                  MUSIC ENTERTAINMENT; VIRGIN
9                                                 RECORDS AMERICA, INC.; ATLANTIC
                                                  RECORDING CORPORATION; INTERSCOPE
10                                                RECORDS; ELEKTRA ENTERTAINMENT
                                                  GROUP INC.; and WARNER BROS. RECORDS
11                                                INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

Notice of Voluntary Dismissal
Case No. C 07-03091 VRW
#32246 v1