Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; SONY BMG
MUSIC ENTERTAINMENT; VIRGIN
RECORDS AMERICA, INC.; ATLANTIC
RECORDING CORPORATION;
INTERSCOPE RECORDS; ELEKTRA
ENTERTAINMENT GROUP INC.; and
WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br>                     Plaintiffs,<br><br>   v.<br><br>JOHN DOE,<br>                     Defendant. | CASE NO. C 07-03091 VRW<br><br>Honorable Vaughn R. Walker<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JOHN DOE**<br><br>IT IS SO ORDERED<br>*[signature]*<br>Judge Vaughn R Walker<br><br>September 14, 2007 |

Notice of Voluntary Dismissal
Case No. C 07-03091 VRW
#32246 v1

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiffs hereby voluntarily dismiss Defendant John Doe , without prejudice.

Dated: September 11, 2007  HOLME ROBERTS & OWEN LLP

By: ____/s/ Matthew Franklin Jaksa____
Matthew Franklin Jaksa
Attorney for Plaintiffs
UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; VIRGIN RECORDS AMERICA, INC.; ATLANTIC RECORDING CORPORATION; INTERSCOPE RECORDS; ELEKTRA ENTERTAINMENT GROUP INC.; and WARNER BROS. RECORDS INC.